Lisa S. Kantor, State Bar No. 110678
 *lkantor@kantorlaw.net*
J. David Oswalt, State Bar No. 73439
 *jowsalt@kantorlaw.net*
Timothy J. Rozelle, State Bar No. 298332
 *trozelle@kantorlaw.net*
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Sovereign Asset Management, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SOVEREIGN ASSET MANAGEMENT, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>HEALTH NET LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.:  2:18-cv-09360 FMO (DFMx)<br>Hon. Fernando M. Olguin<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND MOTION HEARINGS**<br><br>Scheduling Conference<br>Current Date:   January 31, 2019<br>Proposed Date:  February 14, 2019 |

　　　The parties, through counsel, hereby respectfully submit this Stipulation to continue the hearings on Health Net Life Insurance's ("Health Net") Motion to Dismiss Plaintiff's First Amended Complaint, Health Net's Special Motion to Strike Allegations in Plaintiff's Complaint (Anti-Slapp Motion) and the Scheduling Conference currently set for January 31, 2019 at 10:00 a.m.

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND MOTION HEARINGS

1.    On December 21, 2018, the Court issued a text-only entry resetting the hearing dates for Health Net's Motion to Dismiss Plaintiff's First Amended Complaint and Health Net's Special Motion to Strike Allegations in Plaintiff's Complaint (Anti-Slapp Motion) ("Motion Hearings") to January 31, 2019 at 10:00 a.m. [Dkt. #33]

2.    On the same day, the Court issued an Order Setting Scheduling Conference. The Court set a Scheduling Conference for January 31, 2019 with a commensurate deadline to meet and confer in person on January 10, 2019 and file a Rule 26(f) joint report on January 17, 2019. [Dkt. #34]

3.    The parties, through counsel, hereby respectfully request a two-week extension of the Motion Hearings and the Scheduling Conference set for January 31, 2019, with a commensurate continuation of (1) the filing of Plaintiff's oppositions to Health Net's Motion to Dismiss Plaintiff's First Amended Complaint and Health Net's Special Motion to Strike Allegations in Plaintiff's Complaint (Anti-Slapp Motion) ("Motions"); (2) the filing of Health Net's reply briefs in support of its Motions; (3) the January 10, 2019 deadline for counsel to meet and confer in person; and, (4) the January 17, 2019 deadline for filing of the parties' joint report pursuant to Federal Rule of Civil Procedure 26(f).

4.    Good cause exists for this brief extension because lead counsel for Plaintiff, Lisa S. Kantor, is currently out of the country on a trip that was scheduled and arranged prior to the setting of the January 31, 2019 Motion Hearings, Scheduling Conference and preceding deadlines.  Lead counsel is currently located in Ambergris Caye, Belize where inclement weather has rendered viable internet service variable and rare.

Therefore, the parties respectfully request that:

1.    The Scheduling Conference set for January 31, 2019 at 10:00 a.m. be continued until February 14, 2018 at 10:00 a.m., or such other date thereafter that is convenient for the Court.

2.    The deadline for counsel to meet and confer in person, set for January 10,

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2019, be continued to January 24, 2019.

3. The Rule 26(f) Joint Report filing deadline of January 17, 2019 be continued to January 31, 2019.

4. The Motion Hearings set for January 31, 2019 at 10:00 a.m. be continued until February 14, 2018 at 10:00 a.m., or such other date thereafter that is convenient for the Court.

5. The filing of Plaintiff's oppositions to Health Net's Motions shall be continued to January 24, 2019, or 21 days from the date set by the Court for the Motion Hearings.

6. The filing of Health Net's reply briefs in support of its Motions shall be continued to January 31, 2019, or 14 days from the date set by the Court from the Motion Hearings.

IT IS SO STIPULATED.

DATED: January 8, 2019     KANTOR & KANTOR, LLP

By: */s/ Timothy J. Rozelle*
Lisa S. Kantor
Timothy J. Rozelle
Attorneys for Plaintiff
SOVEREIGN ASSET MANAGEMENT

DATED: January 8, 2019     MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Ileana M. Hernandez*
John M. LeBlanc
Ileana M. Hernandez
Attorneys for Defendant
HEALTH NET LIFE INSURANCE COMPANY

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Ileana M. Hernandez, counsel for Defendant Health Net Life Insurance Company, and that I have obtained Ms. Hernandez's authorization to affix her electronic signature to this document.

By: */s/ Timothy J. Rozelle*
Timothy J. Rozelle
Attorneys for Plaintiff
SOVEREIGN ASSET MANAGEMENT