1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SOVEREIGN ASSET MANAGEMENT, INC., | Case No.: 2:18-cv-09360 FMO (DFMx) Hon. Fernando M. Olguin |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE JANUARY 31, 2019 SCHEDULING CONFERENCE** |
| v. | |
| HEALTH NET LIFE INSURANCE COMPANY, | |
| Defendant. | <u>Scheduling Conference</u><br>Current Date:   January 31, 2019<br>Proposed Date:  February 14, 2019 |

Upon consideration of the parties' stipulation, and good cause showing, IT IS HEREBY ORDERED that:

1. The Scheduling Conference in this case shall be continued from January 31, 2019 to February 14, 2019, at 10:00 a.m.

2. The deadline for parties' counsel to meet and confer in person shall be continued from January 10, 2019 to January 24, 2019.

3. The Joint Report deadline shall likewise be continued from January 17, 2019 to January 31, 2019.

---

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE JANUARY 31, 2019
SCHEDULING CONFERENCE

4. The hearings on Health Net's Motion to Dismiss and Health Net's Special Motion to Strike Allegations in Plaintiff's Complaint (Anti-Slapp Motion) ("Motion Hearings") shall be continued from January 31, 2019 to February 14, 2019.

5. The filing of Plaintiff's oppositions to Health Net's Motions shall be continued to January 24, 2019, or 21 days from the date set by the Court for the Motion Hearings.

6. The filing of Health Net's reply briefs in support of its Motions shall be continued to January 31, 2019, or 14 days from the date set by the Court from the Motion Hearings.

IT IS SO ORDERED.

DATED: _____

_____
Fernando M. Olguin
UNITED STATES DISTRICT JUDGE