UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOVEREIGN ASSET MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTH NET LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:18-cv-09360 FMO (DFMx) <br> Hon. Fernando M. Olguin <br><br> **ORDER RE: JOINT STIPULATION [35] TO CONTINUE JANUARY 31, 2019 SCHEDULING CONFERENCE** <br><br> Scheduling Conference <br> Current Date:   January 31, 2019 <br> Proposed Date:  February 14, 2019 |

Upon consideration of the parties' stipulation, and good cause showing, IT IS HEREBY ORDERED that:

1. The Scheduling Conference in this case shall be continued from January 31, 2019 to February 14, 2019, at 10:00 a.m.

2. The deadline for parties' counsel to meet and confer in person shall be continued from January 10, 2019 to January 24, 2019.

3. The Joint Report deadline shall likewise be continued from January 17, 2019 to January 31, 2019.

ORDER RE: JOINT STIPULATION TO CONTINUE JANUARY 31, 2019 SCHEDULING CONFERENCE

4. The hearings on Health Net's Motion to Dismiss and Health Net's Special Motion to Strike Allegations in Plaintiff's Complaint (Anti-Slapp Motion) ("Motion Hearings") shall be continued from January 31, 2019 to February 14, 2019 at 10:00 a.m.

5. The filing of Plaintiff's oppositions to Health Net's Motions shall be continued to January 24, 2019, or 21 days from the date set by the Court for the Motion Hearings.

6. The filing of Health Net's reply briefs in support of its Motions shall be continued to January 31, 2019, or 14 days from the date set by the Court from the Motion Hearings.

IT IS SO ORDERED.

DATED: January 9, 2019                    _____/s_____
                                          Fernando M. Olguin
                                          UNITED STATES DISTRICT JUDGE