JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/10/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN ASSET MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTH NET LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 18-9360 FMO (DFMx) <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice** to plaintiff's subsidiaries pursuing the claim. The parties shall bear their own fees and costs. Dated this 10th day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge